Christopher D. Phipps
Christopher.Phipps@wilsonelser.com
Nevada Bar No. 3788
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

Katherine A. Meyer (*pro hac vice* application forthcoming)
Kmeyer@meyerglitz.com
D.C. Bar No. 244301
William N. Lawton (*pro hac vice* application forthcoming)
nlawton@meyerglitz.com
Oregon Bar No. 143685
Meyer Glitzenstein & Eubanks LLP
4115 Wisconsin Ave. NW, Suite 210
Washington, DC 20016
202 588-5206 / 202 588-5409 (fax)

*Counsel for the Plaintiffs*

```
              FILED      ____ RECEIVED
              ENTERED    ____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

              MAR 2 3 2018

              CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN and KIMERLEE CURYL, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, Secretary or the Department of the Interior; MICHAEL D. NEDD, Acting Deputy Director of Operations of Bureau of Land Management and JILL C. SILVEY, District Manager Elko District Office of Bureau of Land Management, <br><br> Defendants. | Case No: 3:18-cv-00059-RCJ-VPC <br><br> ORDER <br><br> **PLAINTIFFS' MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

Plaintiffs AMERICAN WILD HORSE CAMPAIGN and KIMERLEE CURLY by and through their counsel of record, Christopher D. Phipps of the law firm WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, hereby move to remove Jon M. Ludwig, Esq., from the CM/ECF electronic service list. Mr. Ludwig is no longer associated with WILSON ELSER

1266595v.1

1 | MOSKOWITZ EDELMAN & DICKER LLP and no longer represents Plaintiffs in this matter.

2 | Dated this 21st day of March, 2018.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Christopher D. Phipps

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: March 23, 2018

Christopher D. Phipps
Nevada Bar No. 3788
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on this 21st day of March 2018, I served a true and correct copy of the foregoing Plaintiffs' Motion to Remove Counsel from Service List via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Jeffrey H. Wood
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Devon L. Flanagan, Trial Attorney
Wildlife & Marine Resources Section
Devon.flanagan@usdoj.gov
Daniela A. Arregui, Trial Attorney
Natural Resources Section
Daniela.arregui.labarka@usdoj.gov
PO Box 7611
Washington, DC 20044
Attorneys for Federal Defendants

By: /s/ Adrina Harris
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-2-

1266595v.1