DAYLE ELIESON
United States Attorney
District of Nevada

HOLLY VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Phone: (775) 754-5438
Facsimile: (775) 784-5181
Holly.A.Vance@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

DANIELA A. ARREGUI, Trial Attorney
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel. (202) 305-0447
Fax (202) 305-0506
daniela.arregui.labarca@usdoj.gov

DEVON LEA FLANAGAN, Trial Attorney
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel. (202) 305-0201
Fax (202) 305-0275
devon.flanagan@usdoj.gov

*Attorneys for Federal Defendants*

KATHERINE A. MEYER
District of Columbia Bar No. 244301
Meyer Glitzenstein & Eubanks, LLP
4115 Wisconsin Avenue, N.W., Suite 210
Washington, D.C. 20016
Tel: (202) 588-5206
kmeyer@meyerglitz.com

WILLIAM N. LAWTON
District of Columbia Bar No. 1046604
Meyer Glitzenstein & Eubanks, LLP
4115 Wisconsin Avenue, N.W., Suite 210
Washington, D.C. 20016
Tel: (202) 588-5206
nlawton@meyerglitz.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN and KIMBERLEE CURYL, | |
| Plaintiffs, | No. 3:18-cv-00059-RCJ-VPC |
| v. | **JOINT MOTION TO AMEND SCHEDULING ORDER** |
| RYAN ZINKE, Secretary of the Department of the Interior, MICHAEL D. NEDD, Acting Deputy Director of Operations of Bureau of Land Management, and JILL SILVEY, District Manager Elko District Office of Bureau of Land Management, | |
| Defendants. | |

Ryan Zinke, in his official capacity as Secretary of the Department of Interior, Michael D. Nedd, in his official capacity as Acting Deputy Director of Operations of the Bureau of Land Management, Jill Silvey, in her official capacity as the Elko District Office Manager, and the

2

United States Bureau of Land Management ("BLM") (collectively, "Defendants") and American Wild Horse Campaign and Kimberlee Curyl (collectively, "Plaintiffs") hereby move to amend the briefing schedule in this case.

On April 19, 2018, the parties submitted a Joint Motion for a Scheduling Order, ECF No. 19. On April 24, 2018, the Court issued a Scheduling Order adopting the schedule proposed by the parties for the briefing of this case. ECF No. 20. Pursuant to the Scheduling Order, Plaintiffs' Motion for Summary Judgment shall be filed no later than June 15, 2018 and Defendants' combined Response and Cross-Motion for Summary Judgment shall be filed no later than July 17, 2018. Since the Scheduling Order was issued, one of Defendants' lead counsel has had several time-sensitive litigation matters arise that will conflict with the current schedule, and Defendants' other lead counsel will be on maternity leave during July and August. The parties have conferred and agreed to an amendment of the briefing schedule to accommodate these scheduling concerns. The parties propose that all briefing deadlines be extended by two weeks, except that Defendants' Reply brief will be extended by only one week in order to minimize the delay to the ultimate conclusion of briefing in this case. There is good cause for this amendment of the schedule, which will only delay the end of briefing by one week and still permit the Court time to resolve this case prior to any potential wild horse gather after October 1, 2018. *See* ECF No. 19 at 3 (representing that BLM did not anticipate conducting any further gathers in the Triple B or Antelope Complexes before the next Fiscal Year begins on October 1, 2018, unless gathers are needed to address an emergency or public safety issue).

For the foregoing reasons, the parties respectfully request that the Court amend the Scheduling Order, ECF No. 20, and enter the following schedule:

　　i. Plaintiffs' Motion for Summary Judgment shall be filed no later than June 29, 2018.

　　ii. Federal Defendants shall file their combined Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than July 31, 2018.

  iii. Plaintiffs shall file their combined Response to Federal Defendants' Cross-Motion and Reply in support of their Motion for Summary Judgment no later than August 17, 2018.

  iv. Federal Defendants shall file their Reply in support of their Cross-Motion for Summary Judgment no later than August 31, 2018.

DATED: June 1, 2018.

                Respectfully submitted,

                JEFFREY H. WOOD
                Acting Assistant Attorney General

                */s/ Devon Lea Flanagan*
                DEVON LEA FLANAGAN
                Trial Attorney, D.C. Bar No. 1022195
                Wildlife and Marine Resources Section
                Environment & Natural Resources Division
                P.O. Box 7611
                Washington, D.C. 20044
                Tel. (202) 305-0201
                Fax (202) 305-0275
                devon.flanagan@usdoj.gov

                */s/ Daniela A. Arregui*
                DANIELA A. ARREGUI
                Trial Attorney, New York Bar No. 4714713
                Natural Resources Section
                Environment and Natural Resources Division
                United States Department of Justice
                P.O. Box 7611
                Washington, D.C. 20044
                Tel. (202) 305-0447
                Fax (202) 305-0506
                daniela.arregui.labarca@usdoj.gov

                *Attorneys for Federal Defendants*

*/s/ Katherine A. Meyer*
KATHERINE A. MEYER
District of Columbia Bar No. 244301
Meyer Glitzenstein & Eubanks, LLP
4115 Wisconsin Avenue, N.W., Suite 210
Washington, D.C. 20016
Tel: (202) 588-5206
kmeyer@meyerglitz.com

*/s/ William N. Lawton*
WILLIAM N. LAWTON
District of Columbia Bar No. 1046604
Meyer Glitzenstein & Eubanks, LLP
4115 Wisconsin Avenue, N.W., Suite 210
Washington, D.C. 20016
Tel: (202) 588-5206
nlawton@meyerglitz.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: June 6, 2018

_____
HON. MIRANDA M. DU
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN
Trial Attorney, D.C. Bar No. 1022195
Wildlife and Marine Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel. (202) 305-0201
Fax (202) 305-0275
devon.flanagan@usdoj.gov