# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMERICAN WILD HORSE CAMPAIGN and KIMBERLEE CURYL,

    Plaintiffs,

v.

RYAN ZINKE, Secretary of the Department of the Interior, MICHAEL D. NEDD, Acting Deputy Director of Operations of Bureau of Land Management, and JILL SILVEY, District Manager Elko District Office of Bureau of Land Management,

    Defendants.

No. 3:18-cv-00059-LRH-VPC

**MOTION FOR APPEARANCE OF GOVERNMENT ATTORNEY**

**AND ORDER THEREON**

Pursuant to the District of Nevada Local Rule IA 11-3, petitioner, Andrea L. Berlowe, respectfully represents to the Court that petitioner is a government attorney of the United States Department of Justice at the Environment and Natural Resources Division. Ms. Berlowe is a member in good standing of the bar of the highest Court of the State of Maryland (Bar No. 9312140064). Petitioner respectfully moves to appear as co-counsel for Federal Defendants in the above-captioned action. Ms. Berlowe's contact information is as follows:

    ANDREA L. BERLOWE, Senior Counsel

    Environment & Natural Resources Division

    Law and Policy Section

    P.O. Box 7415

    Washington, D.C. 20044-7415

    Tel.: (202) 305-0478

    Fax: (202) 514-4231

    Email: andrea.berlowe@usdoj.gov

DATED 30th day of July, 2018.

                                        Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Andrea L. Berlowe*
ANDREA L. BERLOWE, Senior Counsel
MD Bar No. 9312140064
Environment & Natural Resources Division
Law and Policy Section
P.O. Box 7415
Washington, D.C. 20044-7415
Tel. (202) 305-0478
Fax (202) 514-4231
andrea.berlowe@usdoj.gov

*Attorneys for Defendants*

[additional counsel listed on cover page]

## **O R D E R**

IT IS SO ORDERED.

DATED this 14th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE