William N. Lawton (DC Bar 1046604, admitted *pro hac vice*)
Katherine A. Meyer (DC Bar 244301, admitted *pro hac vice*)
MEYER GLITZENSTEIN & EUBANKS LLP
4115 Wisconsin Ave. NW, Suite 210
Washington, D.C. 20016
(202) 588-5206 (phone) / (202) 588-5049 (fax)
nlawton@meyerglitz.com
kmeyer@meyerglitz.com

Christopher D. Phipps
NV Bar 3788
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South 4th Street – 11th Floor
Las Vegas, NV 89101
(702) 727-1254 (phone) / (702) 727-1401 (fax)

Counsel for Plaintiffs American Wild Horse Campaign
and Kimerlee Curyl

### IN THE UNITED STATES DISRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, and KIMERLEE CURYL, | |
| Plaintiffs, | No. 3:18-cv-00059 |
| v. | **NOTICE OF WITHDRAWAL** |
| Defendants. | |

Katherine A. Meyer hereby withdraws as counsel for Plaintiffs in the above-captioned case.

William Lawton will continue to represent the Plaintiffs in this matter.

Respectfully submitted,
___/s/_____
Katherine A. Meyer
D.C. Bar No. 244301
Meyer Glitzenstein & Crystal
4115 Wisconsin Ave., N.W. Suite 210
Washington, D.C. 20016
(202) 588-5206
Kmeyer@meyerglitz.com

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 6/27/2019

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28